IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

v.  06-CR-

CHRISTINE WALSH,

Defendant.   06 CR 369

## INFORMATION
(Title 21, United States Code, Section 843(b))

### COUNT 1
**The United States Attorney Charges:**

On or about the 22nd day of August, 2004, at Buffalo, New York, in the Western District of New York, the defendant, CHRISTINE WALSH, did knowingly, intentionally and unlawfully use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of acts constituting felonies under Title 21, United States Code, Sections 841(a)(1) and 846, that is, the possession with intent to distribute and the distribution of methamphetamine, a Schedule II controlled substance, and conspiracy to do so; all in violation of Title 21, United States Code, Section 843(b).

Dated:   Buffalo, New York, October 17, 2006.

TERRANCE P. FLYNN
United States Attorney

BY:  *Mary Clare Kane*
MARY CLARE KANE
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5809
Mary.Kane@usdoj.gov